**No. 56670.**—The Danwill Co. *v.* United States, protest 180443–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56671.**—The Buckingham Corporation *v.* United States, protest 180728–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, MAY 15, 1952

**No. 56672.**—Bleyco Paper Corp. et al. *v.* United States, protests 173410–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiffs was sustained.

**No. 56673.**—Eskil Halle *v.* United States, protest 165205–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of wooden animal figures similar in all material respects to those the subject of Abstract 55996, the claim of the plaintiff was sustained.

**No. 56674.**—Samuel F. Pratt Associates, Inc., and Frank J. Markwalter & Co. *v.* United States, protest 172269–K (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise in question consists of toy building blocks valued at 8 cents or more per pound, the claim of the plaintiffs was sustained.